No. 11–5759.  MOSCOE *v.* CALIFORNIA; and

No. 11–5796. ESPINOZA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.